UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA LEASA MARIE GOBBIN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARIN COUNTY SHERIFF'S DEPARTMENT PROBATION ENFORCEMENT UNIT (COPE), et al.,<br><br>　　　　　Defendants. | Case No.  22-cv-06011-JSC<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFF**<br><br>Re: Dkt. Nos. 6, 9 |

　　　Plaintiff Gina Leasa Marie Gobbin, who is representing herself, filed this civil rights action against the Marin County Sheriff's Department Probation Enforcement Unit, Marin County Sheriff's Department Specialized Investigation Unit, and Marin County District Attorney's Office.  On December 16, 2022, Defendants filed a motion to dismiss this action and the case was reassigned to the undersigned judge.  (Dkt. Nos. 6, 7, 8.)  The Court thereafter advised Ms. Gobbin that her response to the pending motion to dismiss was due January 17, 2023, and reset the hearing date on the motion to dismiss to February 2, 2023.  (Dkt. No. 9.)  To date, Ms. Gobbin has not filed her response to the motion to dismiss or otherwise communicated with the Court.

　　　Accordingly, Ms. Gobbin is ORDERED TO SHOW CAUSE in writing as to why this action should not be dismissed for failure to prosecute.  *See* Fed. R. Civ. P. 41(b).  Ms. Gobbin shall file a written response to this Order by February 3, 2023.  Ms. Gobbin is advised that failure to do so may result in the dismissal of this action without further notice.

　　　//

　　　//

　　　//

In light of this Order, the hearing on Defendants' motion to dismiss is VACATED.

**IT IS SO ORDERED.**

Dated: January 20, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge